UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ANTHONY PETERSON, CRIM. NO. 09-265 (SDW)

## PETITION FOR WRIT OF HABEAS CORPUS

1. ANTHONY PETERSON, SBI #: 188232B is now confined at the New Jersey State Prison (Trenton)

2. ANTHONY PETERSON, SBI #: 188232B will be required at Newark, New Jersey, before the Hon. Susan D. Wigenton, U.S. District Judge, starting on October 26, 2010, for Trial in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 25, 2010

Lakshmi Srinivasan Herman
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 10/25/10

Hon. Susan D. Wigenton, U.S.D.J.
Michael A. Shipp, USMJ

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the New Jersey State Prison (Trenton):
WE COMMAND YOU that you have the body of

ANTHONY PETERSON, SBI #: 188232B,

now confined at the New Jersey State Prison (Trenton), brought before the United States District Court, the Hon. Susan D. Wigenton, District Judge, in the Martin Luther King, Jr. Federal Building & U.S. Courthouse at Newark, starting on October 26, 2010 at 9:00 a.m., in civilian clothes, so that he may attend Trial in the above-captioned matter. The defendant will stay in federal custody starting on October 26, 2010 until the completion of Trial. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: 10/25/10

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk